UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EAGLE COUNTRY CONSTRUCTION, INC., a Washington Corporation; MICHAEL J. HANSEN and ROCHELLE HANSEN, individually and the marital community comprised thereof; INNOVATIVE INVESTMENTS, INC., a Washington Corporation; COLTON and MORGAN PATTERSON, a married couple; DUSTIN KRENZ and RACHEL STOKES, an unmarried couple; WILLIAM and KIMBERLY UNRAU, a married couple; and GRETA and ANTHONY CHEHREHGOSHA, a married couple,<br><br>　　　　　　　　　　Defendants. | No. 2:22-cv-664-RSL<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR EAGLE COUNTY CONSTRUCTION TO ANSWER COMPLAINT** |

　　　　Plaintiff Kinsale Ins. Co. (hereinafter "Kinsale") and Defendants Eagle County Construction Inc., Michael J. Hansen, Rochelle Hansen and Innovative Investments, Inc. (collectively "Moving Defendants") submit the following Joint Motion for Extension of Time for Moving Defendants to Answer or otherwise respond to Kinsale's Complaint.

　　　　The above-referenced parties specifically request that the Court extend the time for Moving Defendants to file their Answer or other response to Kinsale's Complaint to July 26, 2022.

Joint Motion and Order for Extension of Time for Eagle Construction to Answer Complaint
Kinsale Ins. Co. v. Eagle County Const., et al., Case No. 22-cv-664-RSL
Page 1 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

## I. BRIEF STATEMENT OF FACTS

The current deadline for Moving Defendants to file their Answer or respond is on July 12, 2022, just one business day from the time this Motion was filed. Moving Defendants have only retained counsel in the last couple of days. Accordingly, the above-referenced parties agree that the deadline for Moving Defendants to file their Answer or other response to Kinsale's Complaint should be extended to July 26, 2022. Those parties further agree that any responsive pleadings to Moving Defendants' Answers, if any, will be computed in accordance with the Federal Rules from the actual date on which Moving Defendants' Answers are filed. Finally, the above parties agree that this Joint Motion should not affect any other case deadlines.

## II. MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1)(A) states, in pertinent part, as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: … (A) with or without motion or if the court acts, or if a request is made, before the original time or its extension expires ...

Fed. R. Civ. P. 6(b)(1)(A).

The Court has the discretion and authority to grant an extension of time for the filing of pleadings for good cause. *See PLU Investments, LLC v. Intraspect Group Inc.*, 2011 U.S. Dist. LEXIS 42020, 2011 WL 1376192 (W.D. Wash. Apr. 12, 2011) (citing *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 974 (9th Cir. 2007)). A motion for extension of time filed before a deadline has passed should "normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010)).

Moving Defendants have requested that Kinsale provide additional time for them to prepare their Answers or otherwise respond to the Complaint. Moving Defendants have advised that they only recently retained counsel, and that their attorneys need additional time to review the case file and confer with their client. Kinsale agrees to the requested extension. As a result, there is good cause for this Court to grant the extension and this joint request in good faith.

JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR EAGLE CONSTRUCTION TO ANSWER COMPLAINT
Kinsale Ins. Co. v. Eagle County Const., et al., Case No. 22-cv-664-RSL
Page 2 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

Accordingly, the above parties request that the Court grant this Joint Motion for Extension of Time and allow Moving Defendants until July 26, 2022, to file an Answer to Kinsale's Complaint, and to further allow all responsive pleadings to be filed in accordance with the Federal Rules. No other case scheduling dates shall be affected by this Joint Motion.

DATED this 11th day of July, 2022.

By: *s/Richard Dykstra*
Richard Dykstra, WSBA# 5114

By: *s/ Alexander E. Ackel*
Alexander E Ackel, WSBA# 52073

FRIEDMAN RUBIN
1109 First Avenue, Suite 501
Seattle, WA 98101
Phone (206) 501-4446
Fax (206) 623-0794
Email: rdykstra@friedmanrubin.com
Email: aackel@friedmanrubin.com

JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR EAGLE CONSTRUCTION TO ANSWER COMPLAINT
Kinsale Ins. Co. v. Eagle County Const., et al., Case No. 22-cv-664-RSL
Page 3 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

# ORDER GRANTING JOINT MOTION
# FOR EXTENSION OF TIME FOR ANSWER TO COMPLAINT

The Court, having considered the Joint Motion for Extension of Time for Answer to Complaint, hereby ORDERS as follows:

1. The Joint Motion for Extension of Time for Answer or otherwise respond to the Complaint is hereby GRANTED.

2. The deadline for Defendants Eagle County Construction Inc., Michael J. Hansen, Rochelle Hansen and Innovative Investments, Inc. (collectively "Moving Defendants") to file their Answers or other response to Plaintiff Kinsale Insurance Company's Complaint is extended to July 26, 2022.

3. The deadline for any responsive pleadings to Moving Defendants' Answers will be computed in accordance with the Federal Rules from the actual date on which Moving Defendants' Answers are filed.

4. This Order does not affect any other deadlines in this case.

Dated this 13th day of July, 2022.

*/s/ S Lasnik*

The Honorable Robert S. Lasnik

JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR EAGLE CONSTRUCTION TO ANSWER COMPLAINT
Kinsale Ins. Co. v. Eagle County Const., et al., Case No. 22-cv-664-RSL
Page 4 of 4

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446