IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE COUNTRY CONSTRUCTION, INC., a Washington corporation; MICHAEL J. HANSEN and ROCHELLE HANSEN, individually and the marital community comprised thereof; INNOVATIVE INVESTMENTS, INC., a Washington corporation; COLTON and MORGAN PATTERSON, a married couple; DUSTIN KRENZ and RACHEL STOKES, an unmarried couple; WILLIAM and KIMBERLY UNRAU, a married couple; ALEX and LINDSAY CRAIG, a married couple; GRETA and ANTHONY CHEHREHGOSHA, a married couple;<br><br>Defendants. | CAUSE NO. 2:22-cv-00664-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

This matter, having come before the Court on the foregoing stipulation, pursuant to Rule 41(a)(1)(A), hereby orders that this case shall be dismissed with prejudice and without an award

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL - 1

Lether Law Group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

of costs or fees to any party. The Clerk is directed to enter this Order and dismissal with prejudice of this action.

Dated this 22nd day of February, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented By:
LETHER LAW GROUP

s/ Eric J. Neal
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Plaintiff Kinsale Insurance Company*


FRIEDMAN RUBIN

*s/ Richard Dykstra*
Richard Dykstra, WSBA# 5114
Alexander E Ackel, WSBA# 52073
1109 First Avenue, Suite 501
Seattle, WA 98101
Phone (206) 501-4446
Fax (206) 623-0794
rdykstra@friedmanrubin.com
aackel@friedmanrubin.com
*Counsel for Defendants Eagle Country Construction, Inc., Michael J. Hansen and Rochelle Hansen, and Innovative Investments, Inc*

LEVY VON BECK COMSTOCK

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL - 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2  *s/ Dave von Beck*
   Dave von Beck, WSBA No. 26166
   Katie J. Comstock, WSBA No. 40637
3  Claire W. Boren, WSBA No. 56909
   1200 Fifth Avenue, Suite 1850
4  Seattle, WA 98101
   T/F: 206.626.5444
5  dmvonbeck@levy-law.com
   katie@levy-law.com
6  claire@levy-law.com
   *Counsel for Defendants Colton and*
7  *Morgan Patterson, Dustin Krenz and*
   *Rachel Stokes, William and*
8  *Kimberly Unrau, Alex and Lindsay Craig,*
   *and Greta and Anthony Chehrehgosha*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL - 3

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544